IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 22-cv-00956-CMA-MDB | Date: November 1, 2022 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| _Parties:_ | _Counsel:_ |
|---|---|
| Kara Seldin-Howell, et al | Jessica Savoie |
| | Ashlie Sletvold |
| Plaintiff, | |
| v. | |
| CNY Fertility, PLLC, et al | Michael Collins |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**10:09 a.m.   Court in session.**

Court calls case. Appearances of counsel. The parties provide the Court with an update on discovery, and the Court notes the potential for discovery disputes to arise, prompting the Court to set a status conference. Additionally, the Court notes that there is currently no deadline set for the completion of expert discovery. Accordingly, it is

**ORDERED**: Expert disclosure deadline is set for June 6, 2023. It is further

**ORDERED**: A video **Discovery Conference** is set for **December 6, 2022 at 10:00 am** before Magistrate Judge Maritza Dominguez Braswell (participant instructions attached). The parties shall file a **Joint Discovery Dispute report** on or before **December 2, 2022.** To the extent the parties have resolved their disputes by then, the parties shall file a Joint Status Report in lieu of a Joint Discovery Dispute Report.

Hearing concluded.

**10:16 a.m.   Court in recess.**
Total in-court time   00:07

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.